# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-24371/1911445187

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-23113-RJH |
| John Preston Smith | Chapter 13 |
| Debtors. | OBJECTION TO 13 PLAN |
| _____ | |
| Chase Home Finance LLC | |
| Secured Creditor, | |
| vs. | |
| John Preston Smith, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

Chase Home Finance LLC, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 13 Plan filed by the Debtor for the following reasons:

1. Chase Home Finance LLC, files this response to the proposed 13 Plan of the Debtor. The Chapter 13 Plan provides for an impermissible cram down of Chase Home Finance LLC,'s lien interest on the real property commonly known as 21731 W. Pima St., Buckeye AZ 85326.

2. Chase Home Finance LLC objects to the Real Property to be classified as an "Investment Property". According to the records of Pinal and Maricopa County Recorder's Office, the Debtor obtained several Mortgage loans on multiple properties alleging that they were his main residence all of which require the Debtor to occupy the property for at least one year. These properties were acquired with months of each other and therefore would make it impossible for the Debtor to live at mutiple residences at the same time.

3. Chase Home Finance LLC, objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value of Secured Creditor's claim is without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 13 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 30th day of October, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY __/s/ MSB # 010167__
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
October 30, 2009 to:

John Preston Smith
34217 N. 43 St.
Cave Creek, AZ 85331
Debtors

Lawrence D. Hirsch
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Attorney for Debtor

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ  85012-1965
Trustee

By: Wendy VanLuven