DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
PHONE: 602-282-0500
FAX: 602-282-0520
LHIRSCH@DMYLPHX.COM

LAWRENCE D. HIRSCH, #004982
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| JOHN PRESTON SMITH, | Case No. 2:09-bk-23113 RJH |
| Debtor, | **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| CHASE HOME FINANCE, LLC | [RE: 21731 W. Pima Street, Buckeye, AZ 85326] |
| Movant, | |
| v. | |
| JOHN PRESTON SMITH, Debtor; RUSSELL A. BROWN, Trustee. | |
| Respondents. | |

Debtor/Respondent, by and through counsel undersigned, hereby respond to Motion for Relief from Automatic Stay as follows:

1. Respondent admits that he filed the instant case and as an interest in the subject property as alleged in Paragraph 1 of the Motion

2. Respondent admits that he executed a note and deed of trust on the subject property.

1

3. Respondent admits that a default exists as alleged in Paragraph 3 of the Motion.

4. Respondent denies the allegations of Paragraph 4 of the Motion.

5. Respondent admits the allegations of Paragraph 5 of the Motion.

6. Respondent denies the allegations of Paragraph 6

WHEREFORE, Respondents asks that:

A. All requested relief be denied;

B. Respondent be awarded his costs and fees, and

C. For such other and further relief as this Court deems just and equitable.

Respectfully submitted this 29th day of December 2009

DeConcini McDonald Yetwin & Lacy, P.C.

/s/ Lawrence D. Hirsch, #04982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtor/Respondent

A copy of the foregoing was transmitted
this 29th day of December, 2009, to:

Mr. Russell A. Brown
Chapter 13 Trustee
3838 North Central Avenue, Ste. 800
Phoenix, AZ 85012-1906

2

| | |
|---|---|
| 1 | Mark S. Bosco |
| 2 | Leonard J. McDonald<br>Tiffany & Bosco |
| 3 | 2526 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016 |
| 4 | |
| 5 | U.S. Trustee<br>Office of the United States Trustee |
| 6 | 230 N. First Avenue, Ste. 204<br>Phoenix, AZ 85003 |
| 7 | |
| 8 | By: /s/ Linda Miernik<br>Legal Assistant to Lawrence D. Hirsch |
| 9 | 7310 North 16th Street, Suite 330<br>Phoenix, Arizona 85020 |
| 10 | Phone: 602-282-0473<br>Fax: 602-282-0520 |