# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | John Preston Smith |
| **Case Number:** | 2:09-bk-23113-RJH     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MAY 26, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE HOME FINANCE
   **R / M #:**   39 / 0

   VACATED:   ITEM #1  Chase Bank -  Hearing Continued to 6/29/10

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO
   **R / M #:**   50 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

ITEM #1   Chase Bank

Hearing continued to 6/29/10 @ 10am


ITEM #2  Wells Fargo

Matter settled