**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA
Dated: June 29, 2010

# Minute Entry Or





*Hearing Information:*

| | |
|---|---|
| **Debtor:** | John Preston Smith |
| **Case Number:** | 2:09-bk-23113-RJH |
| **Date / Time / Room:** | TUESDAY, JUNE 29, 2010 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

**Chapter:** 13

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

*Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVIDES
   **R / M #:**  33 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE HOME FINANCE
   **R / M #:**  39 / 0

*Appearances:*

JEANNETTE BICKNER, ATTORNEY FOR JOHN PRESTON SMITH
KYLE SHELTON, ATTORNEY FOR AURORA LOAN SERVICES
LEONARD J. MCDONALD, ATTORNEY FOR CHASE

*Proceedings:*

Ms. Bickner requested the Court continue both of these lift stays and set a consolidated hearing on confirmation of plan.

Parties agreed.

COURT:  CREDITORS OBJECTIONS TO PLAN CONFIRMATION ARE TO BE BRIEFED BY FRIDAY, JULY 23, 2010 AND DEBTORS RESPONSE SHALL BE DUE BY FRIDAY, AUGUST 6, 2010.   IT IS ORDERED SETTING A 20 MINUTE NON-EVIDENTIARY CONFIRMATION HEARING LIMITED TO THE BRIEFED ISSUES ON AUGUST 9, 2010 AT 1:30 PM.   IT IS FURTHER ORDERED CONTINUING BOTH STAY RELIEF MOTIONS (AURORA & CHASE) TO THE SAME DATE AND TIME.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE